JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2   04-1735         Linda Rizzo v. Pfizer, Inc.
LAE    2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4   04-982~~      ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2   04-255~~      ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4   04-275~~      ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ     2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
NJ     2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ     2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2   04-309~~      ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

Docket as of November 5, 2004 9:36 pm					Web PACER (v2.4-EDLA)

# U.S. District Court
## USDC for the Eastern District of Louisiana (New Orleans)

### CIVIL DOCKET FOR CASE #: 04-CV-2087

04cv12619 PBS

### Robichaux, et al v. Pfizer Inc

Filed: 07/26/04
Assigned to: Judge Kurt D Engelhardt
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Product Liability

---

TRACEY LYNN ROBICHAUX,				Calvin Clifford Fayard, Jr.
individually and on behalf of			225-664-6925 FAX
all others similarly situated			[COR LD NTC]
    plaintiff					Wanda Jean Edwards
							[COR]
							Fayard & Honeycutt
							519 Florida Blvd.
							Denham Springs, LA 70726
							225-664-4193

SUSAN ROBY					Calvin Clifford Fayard, Jr.
    plaintiff					(See above)
							[COR LD NTC]
							Wanda Jean Edwards
							(See above)
							[COR]

ELAINE LUCILLE EDWARDS				Calvin Clifford Fayard, Jr.
    plaintiff					(See above)
							[COR LD NTC]
							Wanda Jean Edwards
							(See above)
							[COR]

BARBARA M STRAWITZ				Calvin Clifford Fayard, Jr.
    plaintiff					(See above)
							[COR LD NTC]
							Wanda Jean Edwards
							(See above)
							[COR]

  v.

PFIZER INC, individually and			Henri Wolbrette, III

```
as successor in interest to        504-596-2800 FAX
Parke-Davis and Warner Lambert     [COR LD NTC]
Company                            Kathleen Ann Manning
      defendant                    504-596-2800 FAX
                                   [COR]
                                   Mindy Brickman Patron
                                   504-586-2800 FAX
                                   [COR]
                                   McGlinchey Stafford, PLLC
                                   643 Magazine St.
                                   New Orleans, LA 70130-3477
                                   504-586-1200
```

## DOCKET PROCEEDINGS

DATE     # IMG          DOCKET    ENTRY

7/26/04   1      COMPLAINT; 1 summons(es) issued (plh) [Entry date 07/29/04]

7/26/04   --     Payment of filing fee by plaintiff Tracey Lynn Robichaux, plaintiff Susan Roby, plaintiff Elaine Lucille Edwards, plaintiff Barbara M Strawitz in amount of $ 150.00 (plh) [Entry date 07/29/04]

7/26/04   2      Motion by atty Calvin C. Fayard, Jr. and ORDER for leave to file afdt & resume of same in support of appointment to plas' steering committee, by Judge Carl J. Barbier (sek) [Entry date 08/02/04]

8/2/04    3      Afdt/Statement of interest in support of appointment to the plas' steering committee by Calvin C. Fayard, Jr. (sek) [Entry date 08/02/04]

8/12/04   4      RETURN OF SERVICE of summons and complaint upon defendant Pfizer Inc on 8/10/04 (ca) [Entry date 08/12/04]

8/30/04   5      Motion by dft Pfizer Inc and ORDER that same is granted 20 days from the date of this order to file responsive pleadings by Judge Kurt D. Engelhardt Date Signed: 8/31/04 (ca) [Entry date 09/01/04]

Case Flags:
MAG-3

END OF DOCKET: 2:04cv2087

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:00:36 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 2:04cv02087 |
| **Billable Pages:** | 3 | **Cost:** | 0.21 |