## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
IN CLERK'S OFFICE

2005 JAN -3 P 1: 37

DISTRICT OF MASS

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

December 22, 2004

Mr. Tony Anastas
Clerk, United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA  02210

                Re:    Multidistrict Litigation No. 1629
                        Tracey Lynn Robichaux, et al
                        vs.
                        Pfizer, Inc., et al
                        Civil Action No. 04-2087 "N" (3)
                        Your Case No. C.A. 1:04cv12619 PBS

Dear Mr. Anastas:

      Pursuant to an order of the Multidistrict Litigation Panel to transfer the above-captioned case under Title 28 U.S.C. 1407, to the District of Massachusetts, I am forwarding herewith the entire original record together with a copy of the order of transfer and a certified copy of the docket sheet.

      Please acknowledge receipt on the enclosed copy of this letter.

                                        Very truly yours,

                                        LORETTA G. WHYTE, CLERK

                                        By _____
                                             Deputy Clerk

Enclosures